AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| BENNY KING | |

Case No.  2:04cr089-01-WHA

USM No.  11472-002

Don Bethel
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1 and 2  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful Use of Controlled Substances | 09/19/2016 |
| 2 | Failure to Complete Substance Abuve Treatment | 09/19/2016 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  5886

Defendant's Year of Birth:  1963

City and State of Defendant's Residence:
Lehigh Acres, FL

11/16/2016
Date of Imposition of Judgment

_/s/ W. Harold Albritton_
Signature of Judge

W. HAROLD ALBRITTON, U.S. DISTRICT JUDGE
Name and Title of Judge

11/17/2016
Date

AO 245D   (Rev 09/11) Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

Judgment — Page   2   of   2

DEFENDANT: BENNY KING
CASE NUMBER: 2:04cr089-01-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

> 14 months with no supervised release imposed. The term of supervised release imposed on December 18, 2014 is revoked.

☑ The court makes the following recommendations to the Bureau of Prisons:

> The Court recommends that the defendant be designated to a facility as close as possible to Marianna, Florida.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL